# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY WHITE<br>ID No. 24194-19<br><br>v.<br><br>DIRECTOR, TDCJ-CID | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:21-CV-3038-S-BH |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 9. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Application to Proceed *In Forma Pauperis* [ECF No. 6] is **DENIED**. This case will be dismissed by separate judgment for failure to prosecute or comply with court orders.

**SO ORDERED.**

SIGNED March 17, 2022.

_____
**UNITED STATES DISTRICT JUDGE**